JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF ANGEL CORTEZ, <br><br> Applicant. | Case No. CV 11-633-JSL (DTB) <br><br> **J U D G M E N T** |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition, Denying Application for Appointment of Counsel and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.


DATED:     June 9, 2011


_Spencer Letts_
_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE